**April Strahan**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Friday, November 8, 2019 2:19 PM |
| **To:** | April Strahan; Katie Hector; Taryn Espinosa |
| **Subject:** | Pay.gov Payment Confirmation: TXWD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact James Thompson at 210-472-4955, X2817.

Application Name: TXWD CM ECF
Pay.gov Tracking ID: 26LD33FI
Agency Tracking ID: 0542-12825752
Transaction Type: Sale
Transaction Date: Nov 8, 2019 2:19:28 PM

Account Holder Name: April Strahan
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1087


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

# INVOICE

Tex-Star Legal Support, LLC
1438 Campbell, Suite 108
Houston, TX  77055
Phone:346-223-2942   Fax:1-800-420-9343

*Holcombe 17104*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 18872 | 9/25/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 2534.003 | 9/16/2019 | |

| Case Name |
|---|
| John Peter Holcombe, II |

| Records Pertaining To |
|---|
| John Peter Holcombe, II |

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

| Records From | Ordered By | Reference Info. |
|---|---|---|
| University Health System<br>Medical/Billing<br>4502 Medical Drive<br>San Antonio, TX  78229 | Robert E. Ammons<br>The Ammons Law Firm, LLP<br>3700 Montrose Blvd.<br>Houston, TX  77006 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

John Peter Holcombe, II (Billing)    7.00

| | | | | |
|---|---|---|---|---|
| Custodian Fee | | | 55.74 | 55.74 |
| Base Fee - Authorization | | | 60.00 | 60.00 |
| Rush Request | | | 25.00 | 25.00 |
| Client Copy | 7.00 Pages | @ | 0.45 | 3.15 |
| Postage & Handling | | | 5.00 | 5.00 |

(TAXABLE  $85.74)

POSTED

TOTAL DUE  >>>    $148.89

Approved
Date: 9-26-19    KH

Thank you for your business!

SEP 27 2019
OCT 1 7 2019
CK # 26235

Tax ID: [redacted]

*Please detach bottom portion and return with payment.*

---

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

Invoice No.   : 18872
Invoice Date  : 9/25/2019
**Total Due**   : **$ 148.89**

Remit To:  **Tex-Star Legal Support, LLC**
**1438 Campbell, Suite 108**
**Houston, TX  77055**

Order No.    : 2534.003
BU ID        : MAIN
Case No.     :
Case Name    : John Peter Holcombe, II

9/25/2019

University Health System      * 55.74

Fifty Five and 74/100 *********************************************************************************************

University Health System  
Medical/Billing  
4502 Medical Drive  
San Antonio, TX 78229

Records Pertaining To :  
John Peter Holcombe, II  
Order No. : 2534.003

# INVOICE

Tex-Star Legal Support, LLC
1438 Campbell, Suite 108
Houston, TX  77055
Phone: 346-223-2942   Fax: 1-800-420-9343

*Holcombe 17104*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 19908 | 11/20/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 2534.002 | 9/16/2019 | |

| Case Name |
|---|
| John Porter Holcombe, II |

| Records Pertaining To |
|---|
| John Porter Holcombe, II |

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

| Records From | Ordered By | Reference Info. |
|---|---|---|
| University Health System<br>Medical/Billing<br>4502 Medical Drive<br>San Antonio, TX  78229 | Robert E. Ammons<br>The Ammons Law Firm, LLP<br>3700 Montrose Blvd.<br>Houston, TX  77006 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | |
|---|---:|---:|
| John Porter Holcombe, II (Radiology) | | |
| Custodian Fee | 60.00 | 60.00 |
| Base Fee - Authorization | 60.00 | 60.00 |
| CD | 15.00 | 15.00 |
| Postage & Handling | 5.00 | 5.00 |
| (TAXABLE  $65.00) | | |

POSTED
NOV 25 2019

**TOTAL DUE >>>**    $140.00

Approved
Date: 11-22-19

PAID
DEC 1 3 2019
CK #26593

KH

Thank you for your business!

Tax ID: ██████████

*Please detach bottom portion and return with payment.*

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

| | | |
|---|---|---|
| Invoice No. | : | 19908 |
| Invoice Date | : | 11/20/2019 |
| **Total Due** | : | **$ 140.00** |

Remit To:  Tex-Star Legal Support, LLC
            1438 Campbell, Suite 108
            Houston, TX  77055

| | | |
|---|---|---|
| Order No. | : | 2534.002 |
| BU ID | : | MAIN |
| Case No. | : | |
| Case Name | : | John Porter Holcombe, II |

**Tex-Star Legal Support**

12206

10/11/2019

University Health System                                       * 60.00

Sixty and No/100 ************************************************************************************************

University Health System                    Records Pertaining To :
P.O. Box 2096                               John Porter Holcombe, II
San Antonio, TX 78297                       Order No. : 2534.002

# INVOICE

Tex-Star Legal Support, LLC
1438 Campbell, Suite 108
Houston, TX  77055
Phone:346-223-2942   Fax:1-800-420-9343

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20102 | 11/30/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 2534.001 | 9/16/2019 | |
| **Case Name** | | |
| John Porter Holcombe, II | | |
| **Records Pertaining To** | | |
| John Porter Holcombe, II | | |

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

| Records From | Ordered By | Reference Info. |
|---|---|---|
| University Health System<br>Medical/Billing<br>4502 Medical Drive<br>San Antonio, TX  78229 | Robert E. Ammons<br>The Ammons Law Firm, LLP<br>3700 Montrose Blvd.<br>Houston, TX  77006 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| John Porter Holcombe, II (Medical) | | 82.00 | | |
| Custodian Fee | | | 94.34 | 94.34 |
| Base Fee - Authorization | | | 60.00 | 60.00 |
| Client Copy | | 82.00 Pages   @ | 0.45 | 36.90 |
| Postage & Handling | | | 5.00 | 5.00 |
| (TAXABLE  $99.34) | | | | |

**TOTAL DUE  >>>**          $196.24



Thank you for your business!

Approved
Date: 12-4-19

Holcombe 17104

Tax ID: ▒▒▒▒▒▒▒▒

DEC 12 2019

PAID
DEC 1 2019
CK #26593

POSTED

*Please detach bottom portion and return with payment.*

---

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

Invoice No.   :  20102
Invoice Date  :  11/30/2019
**Total Due**   :  **$ 196.24**

Remit To:  **Tex-Star Legal Support, LLC**
            **1438 Campbell, Suite 108**
            **Houston, TX  77055**

Order No.   :  2534.001
BU ID       :  MAIN
Case No.    :
Case Name   :  John Porter Holcombe, II



11/11/2019

ScanStat Technologies                                                                               * 94.34

Ninety Four and 34/100   **************************************************************************

ScanStat Technologies                                  Records Pertaining To :
P.O. Box 2480                                          John Porter Holcombe, II
Roswell, GA 30077                                      Order No. : 2534.001

E85322D371E44E55941B

*Sutherland Springs*
*#18052*

FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

06/17/20

SALE                                                                                               Total:          $490.32

American Express
xxxxxxxxxxxx9015

| | | | |
|---|---|---|---|
| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | Chris Ammons | | |
| Auth. Code: | 284625 | QuickBooks Trans. No: | |
| Trans. ID: | PL0031248418 | Merchant No.: | 5247719927771528 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY

# FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/15/20 | WDTX086 |

| BILL TO | SHIP TO |
|---|---|
| April Strahan, of Counsel<br>The Ammons Law Firm, LLP<br>3700 Montrose Blvd.<br>Houston, TX 77006 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition: 6/2/2020<br>In the matter of: John Porter Holcombe, II<br>Deposition of: John Porter Holcombe, II<br>E-tran copy of transcript | 154 | 3.15 | 485.10 |
| Copy of exhibits | 9 | 0.58 | 5.22 |

Federal ID # ▮▮▮▮▮▮▮   DUNS # ▮▮▮▮▮▮▮

**Total:** $490.32

Please reference invoice number on payment. Outstanding balances incur a finance charge of 1.5% per month.

**Balance Due:** $490.32